IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| YOHONIA MONIQUE MARTIN, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CV417 |
| v. | ) | |
| | ) | **MEMORANDUM** |
| TD AMERITRADE, | ) | **AND ORDER** |
| Defendant. | ) | |

On January 30, 2018, this court ordered Plaintiff to file an amended complaint establishing the basis upon which this court may exercise jurisdiction in this matter, in the absence of which the court would dismiss this case without further notice. (Filing No. 6.) While Plaintiff filed an Amended Complaint (Filing No. 7), it is incomprehensible and, contrary to the court's prior order, does not allege an amount in controversy, does not present a federal question, and does not identify the authority under which this court may intervene in Defendant's management of its brokerage accounts. Therefore, Plaintiff has failed to establish a basis upon which this court may exercise jurisdiction in this matter. Accordingly,

IT IS ORDERED:

1. Plaintiff's Complaint (Filing No. 1) and Amended Complaint (Filing No. 7) are dismissed without prejudice because this court lacks subject-matter jurisdiction.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 20th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge