IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHONIA MONIQUE MARTIN, | |
| Plaintiff, | 8:17CV417 |
| v. | |
| TD AMERITRADE, | **MEMORANDUM AND ORDER** |
| Defendant. | |

This case was dismissed on March 20, 2018, for lack of subject-matter jurisdiction. The Clerk of Court mailed to Plaintiff at her last-known address copies of the court's Memorandum and Order (Filing No. 8) and Judgment (Filing No. 9) dismissing this case, but such copies were returned as undeliverable with no forwarding address. On May 3, 2018, Plaintiff filed an Amended Complaint (Filing No. 11) and Motion for Leave to Proceed In Forma Pauperis (Filing No. 12) containing Plaintiff's apparent new address.

Plaintiff's newly filed Amended Complaint, construed as a Motion for Relief From Judgment under Federal Rule of Civil Procedure 60, shall be denied because Plaintiff has shown no grounds for relief from judgment.[1] Accordingly,

IT IS ORDERED:

1. The Clerk of Court shall mail to Plaintiff's new address copies of the court's Memorandum and Order (Filing No. 8) and Judgment (Filing No. 9) dismissing this case, as well as a copy of this Memorandum and Order;

---

[1]Even if the court considered the contents of the Amended Complaint under 28 U.S.C. § 1915, it would be dismissed for the same reasons discussed in the court's prior Memoranda and Orders. (Filing No. 6; Filing No. 8.)

2. Plaintiff's Amended Complaint (Filing No. 11), construed as a Motion for Relief From Judgment under Federal Rule of Civil Procedure 60, is denied;

3. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 12) is denied as moot;

4. Because this case is closed, Plaintiff shall file no further documents in this case.

DATED this 4th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge